UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA.

2005 DEC 29  P 1:47

SIGN_____
BY DEPUTY CLERK

05CV1439-RET-CN

G. SCOTT LOVE, as Administrator of the Estate of his unemancipated minor child JULIA CATHERINE LOVE,

    Plaintiff,

v.

KATHLEEN BABINEAUX BLANCO, Governor of Louisiana, and AL ATER, Secretary of State of Louisiana,

    Defendants.

Civil Action No. _____

**PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION, MOTION FOR CONSOLIDATION OF HEARING WITH TRIAL ON THE MERITS, AND MOTION FOR CONSOLIDATION OF HEARING/TRIAL ON THE MERITS WITH HEARING IN RELATED CIVIL ACTION NO. 95-788-B-M1**

Plaintiff G. Scott Love, in his capacity as Administrator of the Estate of his unemancipated minor child Julia Catherine Love, hereby applies pursuant to Rule 65(a) of the Federal Rules of Civil Procedure for a preliminary injunction against Defendants Kathleen Babineaux Blanco, Governor of Louisiana, and Al Ater, Secretary of State of Louisiana, enjoining enforcement of Act 282 of the 2005 regular session of Louisiana Legislature. Plaintiff further requests pursuant to Rule 65(a)(2) that the Court order that trial on the merits be advanced and consolidated with the hearing on his application for a preliminary injunction, and that trial on merits and hearing on the preliminary injunction be consolidated with the hearing scheduled on January 23, 2006 in related civil action number 95-788-B-M1.

Grounds for the requested relief are set forth in Plaintiff's Memorandum of Law in support of this application, filed contemporaneously herewith.

DATED:   December 29th, 2005          Respectfully submitted,

By: /s/ Daniel J. Balhoff
Daniel J. Balhoff (18776)

PERRY, ATKINSON, BALHOFF, MENGIS &
BURNS, L.L.C.
Post Office Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: 225-767-7730
Facsimile: 225-767-7967


McDERMOTT WILL & EMERY LLP
M. Miller Baker (14065)
Richard B. Rogers

600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
Telephone: 202-756-8000
Facsimile: 202-756-8087


John S. Baker, Jr. (2700)
LSU Law Center Room 414
Baton Rouge, Louisiana 70803
Telephone: 225-388-8846

*Counsel for Plaintiff*

## CERTIFICATE

I hereby certify that a copy of the foregoing **Plaintiff's Application For Preliminary Injunction, Motion For Consolidation Of Hearing With Trial On The Merits, And Motion For Consolidation Of Hearing/Trial On The Merits With Hearing In Related Civil Action No. 95-788-B-M1** has been mailed to:

Mr. Roy A. Mongrue, Jr.
Attorney General's Office
Post Office Box 94005
Baton Rouge LA 70804-9005

Baton Rouge, Louisiana, this 29th day of December, 2005.

_____
Daniel J. Balhoff