UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2006 JAN -4  A 10: 11

_____
BY DEPUTY CLERK

G. SCOTT LOVE, ET AL

VERSUS

KATHLEEN BABINEAUX BLANCO, ET AL

CIVIL ACTION

NO. 05-1439-C

## ORDER

IT IS ORDERED that the above-captioned matter is hereby TRANSFERRED from Section C of this Court to Section B.

Baton Rouge, Louisiana, January  3 , 2006.

_____
RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

_____
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE