UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY
January 10, 2006
DISTRICT JUDGE FRANK J. POLOZOLA

G. SCOTT LOVE, ET AL.

VERSUS

EDWIN EDWARDS, ET AL.

CIVIL ACTION

NUMBER 95-788-FJP

AND

G. SCOTT LOVE, ET AL.

VERSUS

KATHLEEN BABINEAUX BLANCO, ET AL.

CIVIL ACTION

NUMBER 05-1439-FJP

This matter came on this day for a telephone status conference.

    PRESENT:  Daniel Joseph Balhoff, Miller Baker
                 Counsel for plaintiffs

                 Roy Achille Mongrue
                 Counsel for Defendants

The motion to consolidate Civil Action 05-1439-FJP with Civil Action 95-788-FJP is denied.[1]

The pending motion to amend was discussed.

The Court grants the plaintiffs leave of Court to file a reply brief to defendants' opposition brief.

---

[1] Rec. Doc. No. 2 filed in Civil Action 05-1439-FJP.

Doc#42927

The Court advised the parties that the book of exhibits for the January 23, 2006, hearing shall be filed as soon as possible.

* * * * *   /s/

Court Reporter: E. Champion

C: CV 36; T: 1:00