UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2006 JAN 26  P 2: 29

_____
BY DEPUTY CLERK

G. SCOTT LOVE,                          CIVIL ACTION
AS ADMINISTRATOR OF THE
ESTATE OF HIS UNEMANCIPATED              NUMBER 05-1439-FJP
MINOR CHILD,
JULIE CATHERINE LOVE

v.

KATHLEEN BABINEAUX BLANCO,
GOVERNOR OF LOUISIANA, AND
AL ATER, SECRETARY OF STATE
OF LOUISIANA

### ORDER

**IT IS ORDERED** that the clerk administratively terminate this action in his records, without prejudice to the right of the parties to reopen the proceedings.

This order shall not be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

Baton Rouge, Louisiana, January __25__, 2006.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA